UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



STEVE KOVACEVICH,

                Plaintiff,

-vs-

ADIRONDACK MEDICAL CENTER,
LINDA McCLARIGAN and SLYVIA GETMAN,

                Defendants.

**STIPULATION AND ORDER**

Civ. Case No.: 8:19-cv-1401
(DNH/DJS)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued on the merits and with prejudice, without costs to any party as against the other.

Dated: January 29, 2020

HARRIS BEACH PLLC

s/Daniel J. Moore
Daniel J. Moore
*Attorneys for Defendants*
99 Garnsey Road
Pittsford, New York 14534
Telephone: (585) 419-8800
Fax:       (585) 419-8817
E-Mail: dmoore@harrisbeach.com

Dated: January 29, 2020

TULLY RINCKEY, PLLC

s/Allen A. Shoikhetbrod
Allen A. Shoikhetbrod
*Attorneys for Plaintiff*
441 New Karner Road
Albany, NY 12205
Phone: (518) 218-7100
Fax:   (518) 218-0496
E-Mail: ashoikhetbrod@tullylegal.com

**SO ORDERED:**

/s/ David N. Hurd

HON. DAVID N. HURD
United States District Judge
Date: 02/03/, 2020
Utica, NY